**Kenneth D. FORTE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 78077**

Missouri Court of Appeals, Western District.

ORDER FILED: May 10, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied July 5, 2016.

part in the consideration or decision of this appeal.

Susan Hogan, Kansas City, MO, Counsel for Appellant

Christine Lesicko, Jefferson City, MO, Counsel for Respondent

Before Division Three: Gary D. Witt, P.J., James Edward Welsh, and Anthony Rex Gabbert, JJ.

## ORDER

Per Curiam:

Kenneth D. Forte appeals the circuit court's judgment denying his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).